UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re:<br><br>ITAI AFEK,<br><br>Debtor. | Case No.: 26-23169 (___)<br><br>Chapter 11<br>(Subchapter V) |

-----------------------------------------------------------X

**DECLARATION OF ITAI AFEK PURSUANT TO LBR 1007-2**

Pursuant to 28 U.S.C. § 1746, I, Itai Afek, declare as follows under penalty of perjury:

1. I am the debtor and debtor-in-possession in the above-captioned Chapter 11 Subchapter V case. This declaration is submitted pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York ("LBR") to assist the Court and other parties-in-interest in understanding the circumstances that compelled the commencement of this Chapter 11 Subchapter V case.

2. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, or my opinion based upon experience, knowledge, and information concerning my financial affairs and past history. If called upon to testify, I would testify competently to the facts set forth in this declaration.

3. As an initial matter, I want to disclose that I primarily reside in Israel, together with my wife and five (5) minor children. I am filing in this District because, as disclosed on my voluntary petition, I own my principal asset in New York City, which is the real property commonly known as and located at 446 West-448, Unit 6B, 167th Street, New York, New York 10032 (the "Property"). In addition, both of my operating Restaurants (defined below) are located in New York City. When I am in the United States, I reside at 5 Hemlock Hollow Place, Armonk, New York, 10504.

4. I started my restaurant business, "Wolfnights," in or around 2011, with the goal of creating a fast-food/takeout-friendly sandwich restaurant, inspired by the wraps of the Mediterranean region. I started expanding my restaurant concept shortly after the COVID-19 pandemic with the hope that the restaurant industry would gradually recover. At one point, at various times, I was operating six (6) restaurants and a central kitchen. Unfortunately, the recovery from the COVID-19 pandemic was much slower and more difficult than I anticipated. At the same time, the restaurant industry began experiencing increases in operating expenses, including food, labor, and insurance costs.

5. Despite these challenges, over the years, I contributed funds and borrowed money, which I personally guaranteed, in an attempt to keep my businesses going.

6. Currently, among other membership interest, I am the sole member of Wolfden LLC and Pink Moon USA Inc., which operates the restaurants located at 40 West 55th Street, New York, New York 10019 and 489 Third Avenue, New York, New York 10017, respectively (collectively, the "Restaurants"). Although the Restaurants are operating, unfortunately, they also have debt.

7. Ultimately, despite my financial investments in the businesses, years of hard work, and my continued efforts to improve and grow them, the financial burden on me became unsustainable.

8. The debts that have led me to seek personal bankruptcy are primarily business-related obligations, for which I became liable through personal guarantees. It appears that those financial obligations now exceed my ability to repay them under the existing terms. As such, I am seeking bankruptcy protection, and I believe that I can successfully emerge from bankruptcy.

9. Pursuant to LBR 1007-2(a)(3), no committee of creditors was formed prior to the Petition Date.

10. Pursuant to LBR 1007-2(a)(4), a list containing the names and addresses of the entities believed to be my twenty largest unsecured creditors, excluding insiders, is being filed with the Court simultaneously.[1]

11. Pursuant to LBR 1007-2(a)(5), a list containing the names and addresses of the entities believed to be all of my secured creditors has been listed in my Schedule D, which is simultaneously being filed with the Court.

12. Pursuant to LBR 1007-2(a)(6), a summary of the Debtor's Assets and Liabilities have been filed with the Debtor's bankruptcy petition.[2]

13. LBR 1007-2(a)(7) is inapplicable since I am an individual.

14. Pursuant to LBR 1007-2(a)(8), to the best of my knowledge, I have no property in the possession or custody of any public officer, receiver, trustee, pledgee, assignee of rents, liquidator, secured creditor, or agent of any such person.

15. Pursuant to LBR 1007-2(a)(9), the only real property that I currently own is the Property. This Property is encumbered by a first-in-priority mortgaged held by Cenlar, with a current principal balance of approximately $316,549.00. The Property is also encumbered by a lien in favor of the U.S. Small Business Administration in the approximate amount of $450,400.00. In addition, I primarily reside in Israel and have an apartment in Israel, which lease is disclosed on my Schedule G. I do not own any real estate in Israel. And except for the Property, I do not own any other real property.

---

[1] Official Form 204 filed with the Debtor's petition and schedules provides a list of the Debtor's creditors holding the 20 largest unsecured claims.
[2] Official Form 206Sum filed with the Debtor's petition and schedules provides a summary of assets and liabilities for the Debtor.

16. Pursuant to LBR 1007-2(a)(10), my books and records are located at 40 West 55th Street, New York, New York 10019, and my substantial assets are located in New York City (namely, the Property and the Restaurants).

17. Pursuant to LBR 1007-2(a)(11), to the best of my knowledge and belief, the only pending or threatened actions are the proceedings that I disclosed in my Statement of Financial Affairs, which is simultaneously being filed with this Court.

18. LBR 1007-2(a)(12) and LBR 1007-2(b)(1) are inapplicable since I am an individual.

19. Pursuant to LBR 1007-2(b)(2)(B) and (b)(3), I anticipate that I will have income of approximately $9,500.00 during the thirty (30) days period following the petition date, and that my expenses for the same period will be approximately $19,000.00.

20. Ultimately, I believe that under the supervision of the Bankruptcy Court, I will be able to propose and confirm a plan and emerge from bankruptcy.

21. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2026.

*/s/ Itai Afek*
Itai Afek